**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **GEICO MARINE NSURANCE COMPANY,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No:** |
| | : | **1:20-cv-11636-MPK** |
| **v.** | : | |
| | : | **In Admiralty** |
| **JOHN E. SOLOMON, JR.** | : | |
| | : | |
| **Defendant.** | : | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff GEICO Marine Insurance Company, by and through its attorneys, certify as follows:

1. GEICO Marine Insurance Company is owned by Boat America Corporation;

2. Boat America Corporation is owned by GEICO Corporation;

3. GEICO Corporation is owned by National Indemnity Company; and

4. National Indemnity Company is owned by Berkshire Hathaway Inc., which is a publicly traded company.

RESPECTFULLY SUBMITTED September 2, 2020.

**GEICO MARINE INSURANCE COMPANY**
By its attorneys,

*/s/ Liam T. O'Connell*
David J. Farrell, Jr. (BBO #559847)
Liam T. O'Connell (BBO #694477)
FARRELL SMITH O'CONNELL
46 Middle Street
Gloucester, MA 01930
(508) 432-2121 x 18
dfarrell@fsofirm.com
loconnell@fsofirm.com